UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceeding |
| | ) | |
| **RODNEY L. JOHNSON,** | ) | |
| | ) | Case No. 17-01366 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, April 4, 2017**, at the hour of **9:30 a.m.**, the United States Trustee for the Northern District of Illinois, by and through his counsel Kathryn Gleason, shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, at the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Courtroom 680, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place, and shall present **MOTION FOR RULE 2004 EXAMINATION OF THE DEBTOR**, a copy of which is attached and is served on you.

By: /s/ Kathryn M. Gleason
Kathryn M. Gleason, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
312-886-3327

## CERTIFICATE OF SERVICE

I, Kathryn M. Gleason, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF MOTION,** the appended **MOTION FOR RULE 2004 EXAMINATION OF THE DEBTORS**, and the **PROPOSED ORDER** were filed on March 28, 2017, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent First Class Mail, as indicated, before 5:00 p.m. on March 28, 2017.

/s/ Stephen G. Wolfe

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

- James J. Burns jim@burnsbankruptcy.com, info@burnsbankruptcy.com
- Amanda J Doyle bankruptcy@hsbattys.com, bk4hsbm@gmail.com
- David P Leibowitz dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net

**Parties Served via First Class Mail**

Rodney L. Johnson
3104 Smoke Tree Court
Hazel Crest, IL 60429

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceeding |
| | ) | |
| **RODNEY L. JOHNSON,** | ) | |
| | ) | Case No. 17-01366 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

**MOTION FOR RULE 2004**
**EXAMINATION OF THE DEBTOR**

**NOW COMES PATRICK S. LAYNG**, the United States Trustee for the Northern District of Illinois, by his attorney, Kathryn M. Gleason, and asks the Court to enter an order authorizing discovery of the Debtor under Fed. R. Bankr. P. 2004. In support of his request, the United States Trustee states the following:

1. This matter is a core proceeding under 28 U.S.C. Section 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(A) of the United States District Court for the Northern District of Illinois and Local Rule 9013-9(A)(10).

2. Movant is the United States Trustee for the Northern District of Illinois and brings this motion pursuant to Fed. R. Bankr. P. 2004.

3. The Debtor initiated this case by filing a voluntary petition under Chapter 7 of the Bankruptcy Code on January 17, 2017.

4. Debtor's Schedule A/B lists two (2) real properties; Debtor's residence in Hazel Crest valued at $133,000 and a single family home in Harvey valued at $24,000.

5. Debtor's Schedule I lists $7,913.00 monthly gross income from employment for Debtor and $2,257 in monthly gross income for Debtor's non-filing spouse or $122,040 in

annual income. Debtor's combined monthly income is listed as $6,731.00.[1] No rental income is included on Schedule I.

6. Debtor's Schedule J lists $7,533.15[2] in monthly expenses leaving -$802.15 in monthly net income.

7. Schedule F lists three (3) creditors with a total of $182,291.92[3] in nonpriority unsecured claims.

8. The United States Trustee is reviewing the Debtor's case to evaluate the accuracy and completeness of the Debtor's Petition, Schedules, and Statement of Financial Affairs.

9. In order to evaluate whether cause exists to object to the Debtor's discharge under 11 U.S.C. Section 727, or whether this case should be dismissed as an abuse under Section 707(b) of the Bankruptcy Code, the United States Trustee needs to elicit discovery from the Debtor. Accordingly, the United States Trustee requests authority to compel the attendance of the Debtor and production of documents pursuant to Fed. R. Bankr. P. 2004(c).

---

[1] This figure includes a $158.00 mandatory retirement contribution deduction, a $55.00 voluntary retirement contribution deduction and a $196.00 repayment of retirement fund loan deduction.

[2] Included in this figure are the following expenses for Debtor's second real property: $528.00 for mortgages on other property, $200 for real estate taxes and $100 for maintenance; and the following expenses for the non-filing spouse: $360.40 for car note, $100 for student loan, $668 for spouse's mortgage payment, $400 for utilities for spouse's property, $85 for water bill for spouse's property and $100 for tuition for spouse's college child.

[3] One claim listed is for $180,973.92 to Rialto Capital.

**Wherefore**, the United States Trustee respectfully asks the Court to enter an order authorizing the United States Trustee to conduct discovery pursuant to Fed. R. Bankr. P. 2004, and for such other relief as is just.

RESPECTFULLY SUBMITTED:

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: March 28, 2017

By: /s/ Kathryn M. Gleason

Kathryn M. Gleason, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
312-886-3327