UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceeding |
| | ) | |
| **RODNEY L. JOHNSON,** | ) | |
| | ) | Case No. 17-01366 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, April 4, 2017**, at the hour of **9:30 a.m.**, the United States Trustee for the Northern District of Illinois, by and through his counsel Kathryn Gleason, shall appear before the Honorable Jacqueline P. Cox, Bankruptcy Judge, at the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Courtroom 680, Chicago, Illinois, or before any other Bankruptcy Judge who may be sitting in her place, and shall present **MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS** a copy of which is attached and is hereby served upon you.

By: /s/ Kathryn M. Gleason

Kathryn M. Gleason, Trial Attorney
Office of the U.S. Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604
312-886-3327

## CERTIFICATE OF SERVICE

I, Kathryn M. Gleason, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF MOTION,** the appended **MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**, and **PROPOSED ORDER** were filed on March 28, 2017, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent First Class Mail, as indicated, before 5:00 p.m. on March 28, 2017.

/s/ Kathryn M. Gleason

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants**

- James J. Burns jim@burnsbankruptcy.com, info@burnsbankruptcy.com
- Amanda J Doyle bankruptcy@hsbattys.com, bk4hsbm@gmail.com
- David P Leibowitz dleibowitz@lakelaw.com, il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net

**Parties Served via First Class Mail**

Rodney L. Johnson
3104 Smoke Tree Court
Hazel Crest, IL 60429

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 Proceeding |
| | ) | |
| **RODNEY L. JOHNSON,** | ) | |
| | ) | Case No. 17-01366 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Jacqueline P. Cox |

**MOTION OF THE UNITED STATES TRUSTEE FOR AN EXTENSION OF TIME TO OBJECT TO DISCHARGE AND TO FILE MOTION TO DISMISS**

NOW COMES PATRICK S. LAYNG, the United States Trustee for the Northern District of Illinois (the "U.S. Trustee"), by his attorney, Kathryn M. Gleason, and hereby requests this Court to grant an extension of time to object to the discharge of Rodney L. Johnson (the "Debtor") pursuant to 11 U.S.C. § 727 and to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707, and Fed. R. Bankr. P. 1017(e)(1) and 4004(b). In support of this request, the U.S. Trustee states as follows:

1. This is a core proceeding concerning the administration of this estate pursuant to 28 U.S.C. § 157(b)(2)(A) which this Court may hear and determine pursuant to IOP 15(a) and LR40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. On January 17, 2017, the Debtor filed her voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

3. The last date for the U.S. Trustee to object to discharge under § 727(a) or to file a motion to dismiss under § 707(b) is currently April 17, 2017.

4. Debtor's Schedule A/B lists two (2) real properties; Debtor's residence in Hazel Crest valued at $133,000 and a single family home in Harvey valued at $24,000.

5. Debtor's Schedule I lists $7,913.00 monthly gross income from employment for Debtor and $2,257 in monthly gross income for Debtor's non-filing spouse or $122,040 in annual income. Debtor's combined monthly income is listed as $6,731.00.[1] No rental income is included on Schedule I.

6. Debtor's Schedule J lists $7,533.15[2] in monthly expenses leaving -$802.15 in monthly net income.

7. Schedule F lists three (3) creditors with a total of $182,291.92[3] in nonpriority unsecured claims.

8. Concurrent with this motion the U.S. Trustee is filing a motion pursuant to Fed. R. Bankr. P. 2004 for authority to request various documents from the Debtor. The U.S. Trustee also anticipates, depending on this production of documents, that he may need to conduct an oral examination of the Debtor

9. Based on the above, the U.S. Trustee requests with agreement of the Debtor, additional time to determine whether there may be a basis to object to the Debtor's discharge pursuant to 11 U.S.C. § 727(a) or to file a motion to dismiss the Debtor's case pursuant to 11 U.S.C. § 707(b).

[1] This figure includes a $158.00 mandatory retirement contribution deduction, a $55.00 voluntary retirement contribution deduction and a $196.00 repayment of retirement fund loan deduction.
[2] Included in this figure are the following expenses for Debtor's second real property: $528.00 for mortgages on other property, $200 for real estate taxes and $100 for maintenance; and the following expenses for the non-filing spouse: $360.40 for car note, $100 for student loan, $668 for spouse's mortgage payment, $400 for utilities for spouse's property, $85 for water bill for spouse's property and $100 for tuition for spouse's college child.
[3] One claim listed is for $180,973.92 to Rialto Capital.

**WHEREFORE,** the U.S. Trustee respectfully asks the Court to extend the deadlines to object to the Debtor's discharge under § 727(a) and to file a motion to dismiss the Debtor's case under § 707 through and including June 16, 2017, and for such other relief as this Court deems just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: March 28, 2017

By:/s/ Kathryn M. Gleason

Kathryn M. Gleason, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
312-886-3327