UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-01366 |
| RODNEY L. JOHNSON | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Converting Case To One Under Chapter 13**

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to Amend Plan; the Court being advised in the premises; due notice having been given;

IT IS HEREBY ORDERED:

1. The Motion to Covert from a Chapter 7 Bankruptcy to a Chapter 13 is granted; and

2. Debtor is granted leave until May 3, 2017 to file his Chapter 13 Plan and any applicable Amended Schedules.

Enter: Jacqueline P. Cox
J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 4-19-17

**Prepared by:**
The Burns Law Firm, P.C.
53 W. Jackson Blvd
Suite 724
Chicago, Illinois 60604
(312) 880-0195